# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ALAN OVIEDO,**

                **Plaintiff,**

**-vs-**                                      **Case No. 6:07-cv-846-Orl-22KRS**

**MITSUBISHI POWER SYSTEMS AMERICAS, INC.,**

                **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

      Following a settlement conference conducted by the undersigned Magistrate Judge, the parties reached a settlement of this case. I find based on my personal participation in the settlement discussions that the amount of money to be paid to Plaintiff Alan Oviedo is a fair and reasonable compromise of disputed issues under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq. See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1354 (11th Cir. 1982).

      Accordingly, I recommend that the Court **DISMISS** this case with prejudice. The Court should not retain jurisdiction to enforce the terms of the settlement agreement, but the Court should

permit any party to re-open the action within sixty (60) days, upon good cause shown, or to submit a stipulated form of final order or judgment.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on January 25, 2008.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE


Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy