# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ALAN OVIEDO,**

        **Plaintiff,**

**-vs-**                                             **Case No. 6:07-cv-846-Orl-22KRS**

**MITSUBISHI POWER SYSTEMS AMERICAS, INC.,**

        **Defendant.**

_____

## ORDER

This cause is before the Court on the Report and Recommendation (Doc. No. 21) filed on January 25, 2008.

The United States Magistrate Judge has submitted a report recommending that the Court find that the settlement is a fair and reasonable compromise of disputed issues under the Fair Labor Standards Act, that the Court dismiss the case with prejudice, and that the Court permit any party to re-open the action within sixty (60) days, upon good cause shown, or to submit a stipulated form of final order or judgment.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed January 25, 2008 (Doc. No. 21) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.	The Court find that the settlement is a fair and reasonable compromise of disputed issues under the Fair Labor Standards Act.

3.	The case is dismissed with prejudice. Any party may move to re-open the action within sixty (60) days, upon good cause shown, or to submit a stipulated form of final order or judgment.

4.	The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on February 12, 2008.

Copies furnished to:

United States Magistrate Judge
Counsel of Record

ANNE C. CONWAY
United States District Judge